UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DURAN TYSON, JR., | ) | CASE NO.: 3:22-cv-00339 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN WANZA JACKSON-MITCHELL, | ) | **ORDER** |
| | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on Petitioner's *Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus* (the "Petition"). Doc. 1. This Court referred the matter to the Magistrate Judge. The Magistrate Judge submitted a report and recommendation, recommending that the Court deny the petition. Doc. 13.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service. Petitioner did not file an objection to the Magistrate Judge's report and recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Petition is DISMISSED.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.

      IT IS SO ORDERED.

<u>November 16, 2023</u>                         <u>*/s/ Judge John R. Adams*        </u>
Date                                       JOHN R. ADAMS
                                          UNITED STATES DISTRICT JUDGE